STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES HARRIS, PLAINTIFF IN ERROR.

Argued October 17, 1944—Decided January 4, 1945.

For the plaintiff in error, *Edward A. Reid.*

For the defendant in error, *Gene R. Mariano.*

PER CURIAM.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, PORTER, WELLS, THOMPSON, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, PARKER, PERSKIE, COLIE, RAFFERTY, HAGUE, DILL, JJ. 7.